UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SIDNEY CORNWELL, | ) | Case No.:  4:03 CV 870 |
| | ) | |
| Petitioner | ) | JUDGE SOLOMON OLIVER, JR |
| | ) | |
| -vs- | ) | |
| | ) | |
| MARGARET BRADSHAW, WARDEN, | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

   This court, having issued its Memorandum of Opinion and Order, denying the Petition for Writ of Habeas Corpus, hereby enters judgment accordingly.  The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could be taken in good faith as to Petitioner Cornwell's ninth claim for relief, his third sub-claim of his thirteenth claim for relief, and his sixteenth claim for relief.  The court issues a Certificate of Appealability pursuant to 28 U.S.C. 2253(c) and Fed.R. App.22(b) as to those claims.  As to all remaining claims, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a Certificate of Appealability.  28 U.S.C. 2253(c); Fed.R.App.P. 22(b).

   IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

August 31, 2006